DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WARREN MOSLER** and **MOSLER AUTO CARE CENTER, INC.,** a Florida corporation, d/b/a **MOSLER AUTOMOTIVE,**
Appellants,

v.

**JAMES TODD WAGNER** and **SUPERCAR ENGINEERING, INC.,** a Florida corporation**,**
Appellees.

No. 4D21-2279

[May 5, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Donald W. Hafele, Judge; L.T. Case No. 502012CA023358XXXXMB.

Jane Kreusler-Walsh, Rebecca Mercier Vargas and Stephanie L. Serafin of Kreusler-Walsh, Vargas & Serafin, P.A., West Palm Beach, for appellants.

Scott W. Zappolo and Jeffrey G. Farwell of Zappolo & Farwell, P.A., Palm Beach Gardens, for appellees.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KLINGENSMITH, JJ., concur.

\*         \*         \*

***Not final until disposition of timely filed motion for rehearing.***